**SEALED**

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>Randall E. Tarr<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)    19-MJ-3181<br>)<br>)<br>) |

**FILED**
DEC 1 1 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 25, 2019__ in the county of __Sangamon__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Communication of threats to injure the person of another |
| 18 U.S.C. § 115(a)(1)(B) | Threats to assault, kidnap, or murder a federal official |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

s/Samuel Maze
*Complainant's signature*

Samuel Maze, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/11/2019

s/Tom Schanzle-Haskins
*Judge's signature*

City and state: Springfield, Illinois

Tom Schanzle-Haskins, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-MJ-3181 |
| | ) |
| RANDALL E. TARR, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Samuel Maze, having been first duly sworn, do hereby depose and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been since July 7, 2019. I have received extensive training in criminal investigations, to include violent incident crime, white collar crime, and civil rights. I also have prior law enforcement experience as a police officer and narcotics detective with the Southaven, Mississippi Police Department, and have been involved in numerous search warrants and investigations where a communication facility was used to facilitate a criminal

1

act. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 875(c) and 115(a)(1)(B), and am authorized by the Attorney General to request a search warrant.

2. Pursuant to Title 18, United States Code, Section 875(c), it is a violation of federal law to "transmit[] in interstate or foreign commerce any communication containing…any threat to injure the person of another."

3. Pursuant to Title 18, United States Code, Section 115(a)(1)(B), it is a violation of federal law to threaten to assault, kidnap, or murder a federal official, with intent to impede, intimidate, or interfere with a federal official while he is engaged in the performance of his official duties or retaliate against a federal official on account of his performance of his official duties.

4. On the morning of November 25, 2019, **Randall E. TARR (TARR)**, called Congressman Rodney Davis's Decatur, Illinois office and left the following voicemail:

Man, I just saw you [unintelligible] on the TV. You backing the Russians, boy? What's wrong with you? Are you [unintelligible] so fucking stupid? I was in the military for eight years, and you son of a bitch, are backing the Russians over our own intelligence? What is wrong with you Rodney? Oh my God. I'm not voting for you next time.

You fucker. I'm not voting for, boy, you are a stupid son of a bitch. I don't care if you back Trump. But stupid son of a bitch, you're gonna go against our military and back the Russians? You fucking cocksucker. [Unintelligible], If I [unintelligible], I'm a sharpshooter. I could. I'd like to shoot your fucking head off you stupid motherfucker.

5. The message was forwarded to the United States Capitol Police, in Washington D.C.

6. Through caller ID, the caller was determined to be **TARR**, a Rochester, Illinois resident. U.S. Capitol Police contacted the Rochester Police Department and asked officers to make contact with **TARR**.

7. On November 25, 2019, Rochester Police Officers made contact with **TARR** at his residence. **TARR** admitted that he made the call to Congressman Davis. Record checks indicate **TARR** does not own any firearms and **TARR** stated that he does not own any firearms. **TARR** stated he is an Army Veteran.

8. On November 26, 2019, FBI agents interviewed **TARR**. **TARR** stated he saw a TV commercial about Davis which made him mad, so he called a phone number identified in the TV commercial.

9. TARR denied being under the influence of drugs or alcohol when he telephoned Congressman Davis's office and left the voicemail.

FURTHER AFFIANT SAYETH NOT:

s/Samuel Maze

_____
Samuel Maze, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 11th day of December, 2019, at 1:47 p.m.

s/Tom Schanzle-Haskins

_____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE

4